```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**FRANK SPINA, JR.,**

    **Plaintiff,**

**v.**  //  **CIVIL ACTION NO. 1:07CV92**
                                  **(Judge Keeley)**

**VITAMIN WORLD, INC., GLIMCHER
REALTY TRUST, MORGANTOWN MALL
ASSOCIATES LIMITED PARTNERSHIP,
HERBERT GLIMCHER, as General
Partner of Morgantown Mall
Associates Limited Partnership,
GLIMCHER MORGANTOWN MALL, INC.,
and GLIMCHER PROPERTIES LIMITED
PARTNERSHIP,**

    **Defendants.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **September 17, 2007 at 10:30 a.m.**, is **RESCHEDULED** for **September 19, 2007 at 4:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Pro se plaintiff and counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs counsel for Vitamin World, W. Chad Noel, to initiate the call to **(304)624-5850**. Plaintiff and counsel shall notify Mr. Noel no later than 2:00 p.m. on September 18, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 13, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE