```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**FRANK SPINA, JR.,**

      Plaintiff,

v.                    //       CIVIL ACTION NO. 1:07CV92
                                 (Judge Keeley)

**VITAMIN WORLD, INC., GLIMCHER
REALTY TRUST, MORGANTOWN MALL
ASSOCIATES LIMITED PARTNERSHIP,
HERBERT GLIMCHER,** as General
Partner of Morgantown Mall
Associates Limited Partnership,
**GLIMCHER MORGANTOWN MALL, INC.,**
and **GLIMCHER PROPERTIES LIMITED
PARTNERSHIP,**

      Defendants.

## ORDER FOLLOWING SEPTEMBER 19, 2007 HEARING

On September 19, 2007, the Court conducted a scheduling conference in the above-styled case. For reasons stated on the record, the Court **DEFERRED** scheduling the case for trial and **ORDERED** the Plaintiff to submit any motions to amend the pleadings, proposed amended pleadings, and motions to remand on or before **FRIDAY, OCTOBER 19, 2007**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 20, 2007.

                                         /s/ Irene M. Keeley
                                         IRENE M. KEELEY
                                         UNITED STATES DISTRICT JUDGE