```
                                                            FILED
          IN THE UNITED STATES DISTRICT COURT          DEC 4 - 2007
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

FRANK SPINA, JR.,

      Plaintiff,

v.                       //       CIVIL ACTION NO. 1:07CV92
                                          (Judge Keeley)

VITAMIN WORLD, INC., GLIMCHER
REALTY TRUST, MORGANTOWN MALL
ASSOCIATES LIMITED PARTNERSHIP,
HERBERT GLIMCHER, as General
Partner of Morgantown Mall
Associates Limited Partnership,
GLIMCHER MORGANTOWN MALL, INC.,
and GLIMCHER PROPERTIES LIMITED
PARTNERSHIP,

      Defendants.

## ORDER SCHEDULING HEARING

The Court will conduct a scheduling conference on **December 19, 2007 at 3:00 p.m.** at the Clarksburg, West Virginia point of holding court. Counsel may appear by telephone. The Court directs counsel for plaintiff to initiate the call to **304-624-5850** and have all parties on the phone for the conference call.

It is so ORDERED.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: December 4, 2007.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE