IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FRANK SPINA, JR.,

       Plaintiff,

v.                  //       CIVIL ACTION NO. 1:07CV92
                                  (Judge Keeley)

VITAMIN WORLD, INC., GLIMCHER
REALTY TRUST, MORGANTOWN MALL
ASSOCIATES LIMITED PARTNERSHIP,
HERBERT GLIMCHER, as General
Partner of Morgantown Mall
Associates Limited Partnership,
GLIMCHER MORGANTOWN MALL, INC.,
and GLIMCHER PROPERTIES LIMITED
PARTNERSHIP,

       Defendants.

## ORDER SCHEDULING TELEPHONE CONFERENCE

The Court will conduct a telephone conference on **Friday, March 7, 2008 at 4:45 p.m.** at the Clarksburg, West Virginia point of holding court to address Defendant Vitamin World, Inc.'s Motion for Limited Modification of the Scheduling Order. The Court directs counsel for Vitamin World, Inc. to initiate the call to **304-624-5850** and have all parties on the phone for the conference call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: March 6, 2008.

                     /s/ Irene M. Keeley
                     IRENE M. KEELEY
                     UNITED STATES DISTRICT JUDGE